# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00630-GCM

| | |
|---|---|
| LAURA YOUNGBLOOD,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (ECF No. 25). The Acting Commissioner filed a response indicating that she does not object to the $5,895.52 sum sought by Plaintiff. *See* ECF No. 28 at 1.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 25) is **GRANTED**. Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,895.52, in full satisfaction of all claims arising under the Equal Access to Justice Act. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel and mailed to his office, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED**.

Signed: March 1, 2022

Graham C. Mullen
United States District Judge